# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

JOE HAND PROMOTIONS, INC. §
§
§
v. § CASE NO. 3:17-CV-1312-S
§
§
§
MICKEY'S SPORTS BAR AND GRILL, §
LLC, et al. §

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a

recommendation in this case. No objections were filed. The Court reviewed the proposed

findings, conclusions and recommendation for plain error. Finding none, the Court accepts the

Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's

Motion for Final Judgment Against Defendants, Doc. 12, is **GRANTED**.

**SO ORDERED** this 19th day of June , 2018.

_____

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**